

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00496-CV

**IN RE** Joseph P. **ARMSTRONG**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On July 16, 2014, relator Joseph P. Armstrong filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than August 7, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. Further proceedings in the underlying suit, Cause No. 2011-CI-09126, styled *Yolanda Castaneda v. Joseph P. Armstrong*, are temporarily stayed pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on July 17th, 2014.                PER CURIAM

ATTESTED TO:       _____
                             Keith E. Hottle
                             Clerk of Court



---

[1] This proceeding arises out of Cause No. 2011-CI-09126, styled *Yolanda Castaneda v. Joseph P. Armstrong*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.